## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| NOEL BROWN, | : | No. 557 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| TODD A. MARTIN, DARLENE M. LEE, | : | |
| LALAE MCCARTHY, JOSEPHINE FERRO, | : | |
| ARTHUR JENKINS, DEBBY KIEFFER, | : | |
| AND POCONO ADVANTAGE REAL | : | |
| ESTATE, | : | |
| | : | |
| Respondents | | |

## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.